|  | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Agent: | Hector Rivera | Telephone: (313) 771-6645 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Andres DIAZ-PEREZ

Case No. 2:25-mj-30185
Judge: Unassigned,
Filed: 03-27-2025 At 12:40 PM
CMP USA V. ANDRES DIAZ-PEREZ (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 19, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

On or about March 19, 2025, in the Eastern District of Michigan, Southern Division, Andres DIAZ-PEREZ, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about July 28, 2024, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Hector Rivera, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 27, 2025

*Judge's signature*

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) of the United States Department of Homeland Security (DHS) at the Detroit Field Office. I have been employed in this capacity since February 2007. I am currently assigned to the Detroit ICE-ERO Fugitive Operations team.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and an arrest warrant for Andres DIAZ-PEREZ, an alien who has previously been removed from the United States on or about July 28, 2024, at or near Nogales, Arizona, and was thereafter found in the United States on or about March 19, 2025, without having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission, all in violation of Title 8, United States Code, Section 1326(a).

3. The information contained in this affidavit is based upon my personal knowledge and observations, information provided by other law enforcement personnel to include ICE ERO Deportation Officers, and database record checks. I have also reviewed records from the official immigration file and system automated data relating to DIAZ-PEREZ. I have not included every fact known to law enforcement related to this investigation.

4. DIAZ-PEREZ is a thirty-six-year-old citizen and a native of Mexico who last entered the United States on an unknown date, at an unknown place, without being inspected and admitted or paroled by an immigration officer.

5. On February 23, 2010, ICE ERO encountered DIAZ-PEREZ at the Jackson County Jail, Jackson, Michigan and served him with a Stipulated Removal. On March 1, 2010, an Immigration Judge in Detroit, Michigan signed DIAZ-PEREZ's Stipulated Removal Order. On March 9, 2010, ERO removed DIAZ-PEREZ via ICE AIR to Mexico through the Laredo, Texas port of entry.

1

6. On December 16, 2011, the United States Border Patrol (USBP) arrested DIAZ-PEREZ at or near Amado, Arizona and reinstated his prior order of removal. On December 19, 2011, ERO removed DIAZ-PEREZ to Mexico via foot through the Del Rio, Texas port of entry.

7. On May 12, 2012, USBP arrested DIAZ-PEREZ at or near Sonoita, Arizona and reinstated his prior order of removal. On May 15, 2012, ERO removed DIAZ-PEREZ to Mexico via foot through the Calexico, California port of entry.

8. On April 9, 2021, USBP arrested DIAZ-PEREZ at or near Presidio, Texas and expelled DIAZ-PEREZ from the United States to Mexico under Title 42 the same day.

9. On May 14, 2021, USBP arrested DIAZ-PEREZ at or near Browns Field, California and expelled DIAZ-PEREZ from the United States to Mexico under Title 42 the same day.

10. On May 22, 2021, USBP arrested DIAZ-PEREZ at or near Tecate, California and expelled DIAZ-PEREZ from the United States to Mexico under Title 42 the same day.

11. On May 27, 2021, USBP arrested DIAZ-PEREZ at or near Tecate, California and expelled DIAZ-PEREZ from the United States to Mexico under Title 42 the same day.

12. On June 17, 2021, USPB arrested DIAZ-PEREZ at or near Nogales, Arizona and removed DIAZ-PEREZ from the United States to Mexico under Title 42 the same day.

13. On May 29, 2024, USBP arrested DIAZ-PEREZ at or near Shelby Township, Michigan and reinstated his prior order of removal. On June 4, 2024, ERO removed DIAZ-PEREZ to Mexico via ICE Charter via the Brownsville, Texas port of entry.

14. On July 28, 2024, USBP arrested DIAZ-PEREZ at or near Nogales, Arizona and reinstated his prior order of removal. On July 28, 2024, ERO removed DIAZ-PEREZ from the United States to Mexico via Nogales, Arizona.

15. On March 19, 2025, the ICE/HSI Detroit Taskforce Team traveled to the area of Meadowlark Street and Oak Park Boulevard in Oak Park, Michigan in search of Andres DIAZ-PEREZ. Officers observed an individual matching the description of DIAZ-PEREZ depart the residence on foot with four other individuals. Officers approached and conducted a consensual encounter to identify the Hispanic male based on the reasonable suspicion that this individual matched the description of DIAZ-PEREZ seen exiting the residence. Officers identified themselves, made contacted with the Hispanic male and requested identification.

16. DIAZ-PEREZ stated his name to be Andres DIAZ-PEREZ, and stated he is a citizen and national of Mexico. HSI TFOs' placed DIAZ-PEREZ under arrest based on probable cause that he was an alien who had unlawfully reentered the United States after having been previously removed.

17. HSI TFOs' transported DIAZ-PEREZ to the Detroit Field Office for processing. The arrest and subsequent detention of DIAZ-PEREZ was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

18. DIAZ-PEREZ's fingerprints and photograph were captured and searched in the ICE/FBI systems. The fingerprints returned with a positive match for Andres DIAZ-PEREZ, a native and citizen of Mexico who had previously been removed from the United States.

19. A review of DIAZ-PEREZ's immigration file, record checks, and queries in the U.S. Department of Homeland Security databases confirmed that DIAZ-PEREZ did not obtain the permission or express consent from the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on July 28, 2024.

20. On March 19, 2025, ICE-ERO served DIAZ-PEREZ with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

21. Based on the above information, I believe there is probable cause to conclude that Andres DIAZ-PEREZ is an alien who has previously been removed from the United States on or about July 28, 2024, at or near Nogales, Arizona and was thereafter found in the United States on or about March 19, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

*Hector Rivera*
Hector Rivera, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

*Elizabeth A. Stafford*
Honorable Elizabeth A. Stafford
United States Magistrate Judge